UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-01658-RGK-AS | Date | June 17, 2025 |
|---|---|---|---|

| Title | United African-Asian Abilities Club et al v. Casa Linda-94 et al |
|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Joseph Remigio | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed.R.Civ.Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed.R.Civ.Proc. 12(a)(1). In the present case, it appears that one or more of these time periods has not been met.

Accordingly, the court, on its own motion, orders plaintiff(s) to appear for a hearing on **June 23, 2025, at 9:00 a.m.**, to show cause why this action should not be dismissed for lack of prosecution in **failure to serve the summons and complaint upon defendant Casa Linda-94**.

In lieu of an appearance, an appropriate dismissal of this action will be accepted on or before Wednesday, June 18, 2025.

IT IS SO ORDERED.